UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN BRODE, an individual,

    Plaintiff/Counter-Defendant,

vs.

BOSQUETT & COMPANY, a Michigan corporation,

    Defendant/Counter-Plaintiff,

and

DAVID D. FISCHER, an individual,

    Defendant.

Case No. 2:09-cv-14212

Hon. Denise Page Hood

Magistrate Judge R. Steven Whalen

**Stipulation/Order for Adjournment of Scheduling Order Dates**

---

LEHMAN & VALENTINO, P.C.
By:   Paul G. Valentino (P34239)
Attorneys for Plaintiff
43494 Woodward Ave., Suite 203
Bloomfield Hills, MI 48302
(248) 334-7787

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC
By:   Alex L. Alexopoulos (P40547)
Attorneys for Defendants/Counter-Pl.,
20700 Civic Center Drive, Ste. 290
Southfield, MI 48076
(248) 554-2700

BERRY MOORMAN P.C.
By:   Sheryl A. Laughren (P34697)
       Robert W. Morgan (P24956)
Co-Counsel for Defendants
535 Griswold, Suite 1900
Detroit, MI 48226
(313) 496-1200

---

**Stipulation/Order for Adjournment of Scheduling Order Dates**

    Discovery has since closed in this matter.

    The parties are currently in the process of settlement discussions and require additional time for discussions without constraints of upcoming pre-trial, trial preparation

and other deadlines.

The parties having stipulated to an adjournment of the Scheduling Order dates due to settlement discussions and the possible resolution of this matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the FIFTH Scheduling Order in this matter and for certain deadlines be adjourned sixty (60) days as follows:

> No Motions other than trial motions in limine may be filed after:
> From March 31, 2011 to Monday, May 31, 2011
>
> Settlement Conference with Magistrate Judge R. Steven Whalen:
> From Early April 2011 to Early June 2011
>
> Proposed Joint Final Pre-Trial Order and trial motions in limine submitted to the Court by:
> From April 4, 2011 to June 3, 2011
>
> Final Pre-Trial Conference:
> From April 11, 2011 to **June 20, 2011 at 2:30 p.m.**
>
> Trial:
> From June 21, 2011 to **August 23, 2011 at 9:00 a.m.**

Dated:  March 29, 2011         s/Denise Page Hood
                               Hon. Denise Page Hood
                               U.S. District Court Judge

We stipulate to entry of this order.

/s/ Paul G. Valentino  w/ permission      /s/ Sheryl A. Laughren
Paul G. Valentino (P34239)                Sheryl A. Laughren (P34697)
Attorney for Plaintiff                    Co-Counsel for Defendants

                                          /s/ Alex L. Alexopoulos   w/ permission
                                          Alex L. Alexopoulos (P40547)
                                          Attorney for Defendants

2