**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**KAREN BRODE**,

      Plaintiff/Counter-Defendant,

v                                            Case No. 2:09-cv-14212
                                              Hon. Denise Page Hood
**BOSQUETT & COMPANY, INC. a**      Magistrate Judge R. Steven Whalen
**Michigan Corporation,**

      Defendant/Counter-Plaintiff.

| Paul G. Valentino (P34239) | Alex L. Alexopoulos (P40547) |
|---|---|
| **Lehman & Valentino, P.C.** | **Starr Butler Alexopoulos & Stoner, PLLC** |
| Attorneys for Plaintiff/Counter-Defendant | Attorney for Defendant/Counter-Plaintiff |
| 43494 Woodward Ave., Ste. 203 | 20700 Civic Center Dr., Ste. 290 |
| Bloomfield Hills, MI 48302 | Southfield, MI 48076 |
| (248) 334-7787 | (248) 864-4931 |
| paul@lehman-valentino.com | ala@starrbutler.com |
| | |
| | Sheryl A. Laughren (P34697) |
| | **Berry Moorman, PC** |
| | Co-Counsel for Defendant/Counter-Plaintiff |
| | 535 Griswold St., Ste. 1900 |
| | Detroit, MI 48226 |
| | (313) 496-1200 |
| | slaughren@berrymoorman.com |

**CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER CONCERNING DOCUMENTS PRODUCED BY NON-PARTY TRAVELERS INDEMNITY COMPANY OF AMERICA**

      Whereas Plaintiff/Counter-Defendant Karen Brode and the Defendant/Counter-Plaintiff and Bosquett & Company, Inc. ("Bosquett") are presently involved in litigation pending in United States District Court, Eastern District bearing Case Number 2:09-cv-14212 ("the litigation");

      Whereas, Bosquett & Company has sought production of certain underwriting information from Travelers Indemnity Company of America ("Travelers") that Travelers deems confidential ("the Confidential Documents"); and

Whereas it is anticipated that the parties may seek to use some or all of these documents in the litigation currently pending before the District Court by way of exhibit or other use permitted by the Federal Rules of Civil Procedure.

NOW THEREFORE IT IS AGREED AS FOLLOWS:

Travelers will designate documents "CONFIDENTIAL" by stamping said documents with the designation "CONFIDENTIAL." All information designated "CONFIDENTIAL" and disclosed by Travelers shall remain confidential and shall be used only for the purpose of preparing and conducting this litigation and shall not be disclosed to anyone other than:

a. counsel of record, their employees and representatives, who agree to be bound by this agreement;

b. court and court personnel considering the litigation;

c. experts and advisors retained for the purpose of this action, provided however that such expert or advisor must review and sign this agreement before the confidential information is disseminated to the expert or advisor;

d. the parties, their employees, representatives and/or agents. The parties agree that signature of the parties' counsel to this agreement shall suffice as agreement by the parties to abide by and be bound by this agreement. Signature to this agreement by counsel shall occur before the parties are given an opportunity to review or have access of the confidential information;

e. all persons the parties mutually agree may have access to the "CONFIDENTIAL" information, provided said person(s) sign this agreement before the documentation or information is disseminated; and

f. all persons whom the parties are directed to produce the "CONFIDENTIAL" documents by the Court.

Where any document or information designated as "CONFIDENTIAL" is included in any Court filing, such filing shall be marked "CONFIDENTIAL" and placed in a sealed envelope, marked with the case caption, filed and held under seal.

Any person who reviews the information or material designated as "CONFIDENTIAL" shall not disseminate or divulge the material to anyone other than those persons covered by this order and set forth in a-f above. It is agreed the material disclosed by Travelers shall be kept in a secure and protected place. No copies of the "CONFIDENTIAL" information or material are to be made other than by counsel of record or persons designated in a-f above and then only in connection with this litigation.

Notwithstanding anything to the contrary Travelers and its agents, representatives and employees are free to exhibit its own material or information that is designated as

"CONFIDENTIAL" to any person or entity not subject to the protective order set forth in this agreement and Order and such exhibition in and of itself shall not result in a waiver of the claim to confidentiality.

The provisions of this Agreement and Order shall survive the conclusion of this litigation and shall continue in full force and effect.

This Court shall retain jurisdiction over the parties and any other persons bound by this Agreement to enforce the Agreement and Order.

**It is hereby stipulated and agreed.**

**It is so ordered.**

                                                s/Denise Page Hood
                                                U.S. District Court Judge

Dated: November 02, 2011

| | |
|---|---|
| /s/ Paul G. Valentino (w/ permission) | /s/ Alex L. Alexopoulos (w/ permission) |
| Paul G. Valentino (P34239) | Alex L. Alexopoulos (P40547) |
| **Lehman & Valentino, P.C.** | **Starr Butler Alexopoulos & Stoner, PLLC** |
| Attorneys for Plaintiff/Counter-Defendant | Attorney for Defendant/Counter-Plaintiff |
| paul@lehman-valentino.com | ala@starrbutler.com |
| | |
| /s/ Sheryl A. Laughren | /s/ Michele A. Chapnick (w/ permission) |
| Sheryl A. Laughren (P34697) | Michele A. Chapnick (P48716) |
| **Berry Moorman, PC** | **Gregory and Meyer, P.C.** |
| Co-Counsel for Defendant/Counter-Plaintiff | Attorneys for Non-Party Travelers |
| slaughren@berrymoorman.com | 340 E. Big Beaver Rd., Ste. 520 |
| | Troy, MI  48083 |
| | (248) 689-3920 |
| | mchapnick@gregorylaw.com |

## EXHIBIT A

I, _____, have read the Confidentiality Agreement filed in the action entitled *Karen Brode v. Bosquett & Company, Inc. and David D. Fischer*, Case Number 2:09-cv-14212, which is venued in the United States District Court, Eastern District, a copy of which is attached hereto, and I agree to abide by its terms.


Dated:_____          _____